IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PACTRANS AIR & SEA INC.,**

 **Plaintiff,**

vs.                   CASE NO. 3:06cv369/RS

**CHINA NATIONAL CHARTERING CORP., DEVON INTERNATIONAL TRADING, INC., et al.,**

 **Defendants.**

_____/

## ORDER

 Before me are the Plaintiff's Motion to Set Aside Stay for Arbitration as Between Pactrans and Devon, and for other Relief (Doc. 44) and Defendant Devon International Trading, Inc.'s Answer to Plaintiff's Motion to Set Aside Stay for Arbitration (Doc. 46).

 On January 26, 2007, upon Defendant's motion, I referred this matter to arbitration in Beijing, China. I find the delay in commencing arbitration to be unacceptable. However, the GENCON agreement does not specify procedures concerning arbitration. Therefore, neither party is in default. Both parties shall reach an Arbitration Agreement outlining methods and procedures to conduct arbitration and file it with this court by June 25, 2008. The Arbitration Agreement

shall include a deadline of applying for arbitration no later than July 9, 2008. Parties shall file notice with this court that they have applied for arbitration no later than July 14, 2008. Failure of the parties to reach an Arbitration Agreement or file it with this court by June 25, 2008 shall constitute a default in proceeding with arbitration. *See* 9 U.S.C. § 3. If the making of the Arbitration Agreement or the failure, neglect, or refusal to perform the same be in issue, this court shall proceed summarily to trial. *See* 9 U.S.C. § 4.

Plaintiff's Motion to Set Aside Stay for Arbitration as Between Pactrans and Devon, and for other Relief (Doc. 44) is **denied**.


**ORDERED** on June 11, 2008.


/S/ Richard Smoak_____
**RICHARD SMOAK**
**United States District Judge**