IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PACTRANS AIR & SEA, INC.,

    Plaintiff,

vs.                                        CASE NO. 3:06-cv-369/RS-EMT

CHINA NATIONAL CHARTERING
CORP., et. al.,

    Defendants.
_____/

## ORDER

Plaintiff has failed to show cause as required by the Order dated July 9, 2010, (Doc. 90) why this case should not be dismissed as to Defendant China National Chartering Corporation for failure to prosecute. Pursuant to Fed. R. Civ. P. 4(m) and N.D. Fla. Loc. R. 41.1, this case is dismissed as to Defendant China National Chartering Corporation. The Clerk is directed to close the file.

**ORDERED** on August 10, 2010.

                                          **/s/ Richard Smoak**
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**