IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PACTRANS AIR & SEA, INC.,**

    **Plaintiff,**

vs.                                         CASE NO. 3:06-cv-369/RS-EMT

**CHINA NATIONAL CHARTERING
CORP., et. al.,**

    **Defendants.**

_____/

## ORDER

Consideration of Plaintiff's amended motion to compel (Doc. 93) is **deferred**. Pursuant to Fed. R. Civ. P. 53(a)(1)(B)(ii) and (a)(1)(C), the motion to compel will be referred to a special master.

The parties shall confer and attempt to reach an agreement on the issues in Plaintiff's motion. If the parties are unable to reach an agreement, the parties shall nominate a special master not later than November 4, 2010. If the parties are unable to agree upon a special master, each party shall nominate two persons who are willing to serve as a special master and submit their qualifications to the Court. The parties shall also not later than November 4, 2010, submit a proposed order of appointment which conforms to the requirements set forth in Fed. R. Civ. P. 53(b).

The parties shall also attempt to agree upon the level of review I am to apply in reviewing the special master's report. *See* Fed. R. Civ. P. 53(f)(3).

Payment of the special master shall initially be split equally by the parties. However, the payment of the special master's fees may reapportioned based upon the special master's findings. *See* Fed. R. Civ. P. 53 (g)(3).

**ORDERED** on October 21, 2010.

                                          **/s/ Richard Smoak**
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**